# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00525-CV

**M. H., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM THE 274TH DISTRICT COURT OF HAYS COUNTY
### NO. 18-2091, THE HONORABLE MELISSA MCCLENAHAN, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant M. H. filed his notice of appeal on August 2, 2019. The appellate record was complete August 24, 2019, making appellant's brief due September 13, 2019. On September 12, 2019, counsel for appellant filed a motion for extension of time to file appellant's brief.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion and order counsel to file appellant's brief no later than September 30, 2019. If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court.

It is ordered on September 13, 2019.

Before Chief Justice Rose, Justices Triana and Smith